IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| ORLANDO GRAY, #258788, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| vs. | ) | CASE NO. 3:13-cv-761-WHA | |
| | ) | | |
| LEON FORNISS, et al., | ) | (WO) | |
| | ) | | |
| Respondents. | ) | | |

## **FINAL JUDGMENT**

For the reasons set out in the order of the court entered on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 18th day of August, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE